IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Highland Industries, Inc., <br><br>                 Plaintiff,<br><br>v.<br><br>MarChem Southeast, Inc.,<br><br>                 Defendant. | Civil Action No. 4:11-cv-02627-RBH<br><br>**CONSENT ORDER OF DISMISSAL WITHOUT PREJUDICE** |

     IT APPEARING to the satisfaction of the Court that the parties hereto wish to have the action dismissed without prejudice,

     NOW UPON motion of R. Bryan Barnes, attorney for the Plaintiff, Highland Industries, Inc., by and with the consent of Saunders M. Bridges, Jr., attorney for the Defendant, MarChem Southeast, Inc.,

     IT IS HEREBY ORDERED:

1. That the above captioned matter is terminated and dismissed without prejudice;
2. That any re-filing of this matter shall be in the United States District Court of South Carolina, Florence Division; and
3. That each party shall be responsible for its own fees and costs.

     AND IT IS SO ORDERED.

                                                        s/ R. Bryan Harwell
                                                        Judge R. Bryan Harwell

December 14, 2011
Florence, South Carolina

I SO MOVE:

s/R. Bryan Barnes
R. Bryan Barnes
Federal ID 1196
ROGERS TOWNSEND & THOMAS, PC
220 Executive Center Dr. (29210)
Post Office Box 100200
Columbia, SC  29202-3200
Main: (803) 771-7900; Fax: (803) 343-7017
*Attorneys for Plaintiff*

I CONSENT:

s/Saunders M. Bridges, Jr.
Saunders M. Bridges, Jr.
Federal ID 1472
Aiken, Bridges, Elliott, Tyler & Saleeby, P.A.
181 West Evans Street
Post Office Drawer 1931
Florence, SC 29503
Tel: (843) 669-8787
Fax: (843) 664-0097
*Attorneys for Defendant*